```
                                                            FILED
                                                      2008 APR 24 PM 4:19
                                                      CLERK, U.S. DISTRICT COURT
                                                      NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL COPANSKY, | Case No. C08-2145 EMC |
| Plaintiff, | |
| v. | |
| PHIL LINZA, et al., | |
| Defendants. | |

### NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

( )   One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

(X)   One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

1      Any matters presently set before Magistrate Judge Chen will be taken off calendar and
2  counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new
3  date.
4
5  Dated: April 24, 2008                       Richard W. Wieking, Clerk
                                                            United States District Court

                                                            By: Betty Fong, Deputy Clerk

**United States District Court**
For the Northern District of California