IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL COPANSKY,

    Plaintiff,

  v.

PHIL LINZA, ROBERT BARTLETT,
MALCOLM L. PICONE, BARTLETT,
LEADER-PICONE & YOUNG, LLP,
AND OTHERS TO BE NAMED LATER,

    Defendants.

No. C 08-02145 WHA

**ORDER DENYING TEMPORARY RESTRAINING ORDER**

The emergency application for a restraining order is **DENIED**. The basic grievance is that the state court has issued orders and processes over the objection of applicant. Even assuming, for the sake of argument, that the orders and process somehow violated due process, the applicant has a remedy in the state court of appeal. This Court is a federal district court. It does not sit as a court of appeal to correct errors made by state courts. The application for a temporary restraining order and all other emergency relief is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 25, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PAUL COPANSKY,

    Plaintiff,

v.

PHIL LINZA, ET AL. et al,

    Defendant.

Case Number: CV08-02145 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul Copansky
724 Blue Spruce Drive
Danville, CA 94605

Dated: April 25, 2008

Richard W. Wieking, Clerk
By: Dawn Toland, Deputy Clerk