IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL COPANSKY,

    Plaintiff,

  v.

PHIL LINZA, ROBERT BARTLETT,
MALCOLM L. PICONE, BARTLETT,
LEADER-PICONE & YOUNG, LLP,
AND OTHERS TO BE NAMED LATER,

    Defendants.

No. C 08-02145 WHA

**ORDER TO SHOW CAUSE**

    The parties are **ORDERED TO SHOW CAUSE** why this case should not be dismissed for lack of prosecution for failure to attend the regularly scheduled case management conference noticed for August 7, 2008, at 11:00 a.m. and for lack of subject-matter jurisdiction. The submission must be made by **AUGUST 22, 2008, AT NOON**.

    **IT IS SO ORDERED.**

Dated: August 7, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PAUL COPANSKY,

        Plaintiff,

  v.

PHIL LINZA, ET AL. et al,

        Defendant.
                                                /

Case Number: CV08-02145 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul Copansky
724 Blue Spruce Drive
Danville, CA 94605

Dated: August 8, 2008

                                            Richard W. Wieking, Clerk
                                            By: Frank Justiliano, Deputy Clerk