IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL COPANSKY,<br><br>    Plaintiff,<br><br>  v.<br><br>PHIL LINZA, ROBERT BARTLETT,<br>MALCOLM L. PICONE, BARTLETT,<br>LEADER-PICONE & YOUNG, LLP,<br>AND OTHERS TO BE NAMED LATER,<br><br>    Defendants.<br>                                     / | No. C 08-02145 WHA<br><br>**ORDER DISMISSING CASE** |

An order to show cause dated August 7 stated (Dkt. 8):

> The parties are **ORDERED TO SHOW CAUSE** why this case should not be dismissed for lack of prosecution for failure to attend the regularly scheduled case management conference noticed for August 7, 2008, at 11:00 a.m. and for lack of subject-matter jurisdiction. The submission must be made by **AUGUST 22, 2008, AT NOON**.

Having received no submission from either party, this case is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution. The **CLERK SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: August 22, 2008.

                                                          WILLIAM ALSUP<br>
                                                          UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL COPANSKY, | Case Number: CV08-02145 WHA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| PHIL LINZA, ET AL. et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul Copansky
724 Blue Spruce Drive
Danville, CA 94605

Dated: August 22, 2008

Richard W. Wieking, Clerk
By: Dawn Toland, Deputy Clerk